■ PPX ENTERPRISES, INC., et al., Respondents, v CHARLY MUSIC, LTD., et al., Appellants. — Order, Supreme Court, New York County (Bruce Wright, J.), entered on January 15, 1985, unanimously affirmed, without costs and without disbursements. The application by plaintiffs-respondents to file an appendix is denied. No opinion. Concur — Murphy, P. J., Ross, Asch and Ellerin, JJ.

■ ANNA F. UNGAR, Respondent, v ARGO CORPORATION et al., Appellants. — Order and judgment (one paper), Supreme Court, New York County (Richard Wallach, J.), entered on January 4, 1985, unanimously affirmed, for the reasons stated by Richard Wallach, J., at Special Term. Respondents shall recover of appellants $75 costs and disbursements of this appeal. Concur — Murphy, P. J., Ross, Asch and Ellerin, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ULYSSES HENDERSON, Appellant. — Judgment, Supreme Court, New York County (Harold Rothwax, J.), rendered on June 6, 1983, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (*See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur — Kupferman, J. P., Ross, Asch, Bloom and Rosenberger, JJ.

■ In the Matter of CONTRACTING PLUMBERS ASSOCIATION OF BROOKLYN AND QUEENS, INC., et al., Appellants, v NEW YORK CITY HOUSING AUTHORITY et al., Respondents. — Appeal from order and judgment (one paper), Supreme Court, New York County (George Smith, J.), entered on or about June 19, 1984, unanimously dismissed as moot, without costs and without disbursements. No opinion. Concur — Kupferman, J. P., Ross, Asch, Bloom and Rosenberger, JJ.